505 P.2d 261

**Jack B. CHURCH, Petitioner,**

v.

**The INDUSTRIAL COMMISSION of Arizona, Respondent,**

**Tucson Newspapers, Inc., Respondent Employer,**

**State Compensation Fund, Respondent Carrier.**

**No. 1 CA–IC 750.**

Court of Appeals of Arizona, Division 1, Department A.

Feb. 1, 1973.

Lawrence Ollason, Tucson, for petitioner.

William C. Wahl, Jr., Chief Counsel, The Industrial Commission of Arizona, Phoenix, for respondent.

Robert K. Park, Chief Counsel, Phoenix, by George B. Morse, State Compensation Fund, for respondent carrier.

OGG, Judge.

Based upon the recent decision of Verdugo v. Industrial Commission, 108 Ariz. 44, 492 P.2d 705 (1972), the respondent Industrial Commission of Arizona has confessed error in this case.

After reviewing the case and studying the citation, we agree that Verdugo v. In-

dustrial Commission of Arizona, supra, governs on the facts of the case.

The award is set aside.

DONOFRIO, P. J., and STEVENS, J., concur.